## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| Ji Zhuo Zhao and Jian Chang Lin, individually and on behalf of all other employees similarly situated,<br><br>Plaintiff<br><br>v.<br><br>TWT 2016 Inc. d/b/a Dim Sum Dynasty, and Qian Zhang a/k/a "Judy" Zhang,<br><br>Defendants. | Case No.: 2:19-CV-19263<br><br><br>**NOTICE OF JOINT MOTION FOR APPROVAL OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Letter in Support of the Joint Motion for Approval of Settlement, dated November 4, 2022, counsel for Plaintiff, Ji Zhuo Zhao and Jian Chang Lin, and counsel for Defendants, TWT 2016 Inc. d/b/a Dim Sum Dynasty, and Qian Zhang a/k/a "Judy" Zhang, on the date and time to be set by the Court, will move before the Honorable Madeline Cox Arleo, at the United States District Court, District of New Jersey, Martin Luther King Jr. Courthouse, 50 Walnut Street, Courtroom MLK 4A, Newark, NJ 07101, for an Order granting approval of the proposed settlement agreement.

By: /s/ *Yongjin Bae*
Yongjin Bae, Esq.
HANG & ASSOCIATES, PLLC
136-20 38th Avenue Suite 10G
Flushing, New York 11354
T: 718.353.8588
Email: ybae@hanglaw.com
*Attorneys for Plaintiff*

By: /s/ *Michael Chong*
Michael Chong, Esq.
Law Offices of Michael K. Chong, LLC
2 Executive Drive, Suite 240 Fort Lee, New Jersey 07024
T: (201) 947-5200

Fax: (201) 708-6676
Email: mkchong@mkclawgroup.com
*Attorneys for Defendants*