UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JI ZHUO ZHAO,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **TWT 2016, INC, d/b/a DIM SUM DYNASTY,** *et al.*, <br><br> **Defendants.** | Case No. 19–cv–19263–ESK <br><br><br> ORDER |

**THIS MATTER** having come before the Court on the parties' joint motion for approval of settlement (Motion) (ECF No. 48); and for the reasons stated on the record on November 21, 2022,

**IT IS** on this   **21st** day of **November 2022**   ORDERED that:

1. The Motion is **GRANTED** and the settlement (ECF No. 48-2) is approved.   The Clerk of the Court shall terminate ECF No. 48.

2. The Clerk of the Court is directed to close this matter.

  */s/ Edward S. Kiel*  
 **EDWARD S. KIEL**
 **UNITED STATES MAGISTRATE JUDGE**